UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 24-sc-02484 (JWB/DTS)

| | |
|---|---|
| United States of America, *ex rel.* Verity Investigations, LLC (Relator),<br><br>Plaintiffs,<br><br>v.<br><br>Ceres Environmental Services, Inc.,<br><br>Defendant. | **FILED UNDER SEAL** |

## ORDER

Upon consideration of the United States' Notice Of Intervention For Purposes Of Settlement And Request For Lifting Of The Seal, it is hereby ORDERED:

1) The Relator's Complaint, the United States' Notice of Intervention For Purposes of Settlement and Request For Lifting Of The Seal, and this Order be unsealed;

2) All other filings currently on the docket in this action shall remain under seal; and

3) The seal is hereby lifted for all future filings in this action.

SO ORDERED this ____ day of _____ 2025.

_____
JERRY W. BLACKWELL
United States District Judge