UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 24-sc-02484 (JWB/DTS)

| | |
|---|---|
| United States of America, *ex rel.* Verity Investigations, LLC (Relator),<br><br>Plaintiffs,<br><br>v.<br><br>Ceres Environmental Services, Inc.,<br><br>Defendant. | **FILED UNDER SEAL** |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1) and the False Claims Act, 31 U.S.C. § 3730(b)(1), and based on the terms of the parties' Settlement Agreement, the Relator, the United States, and the Defendant, through their undersigned counsel, hereby stipulate to the entry of an order dismissing the Civil Action with prejudice as to all claims of the Relator, with prejudice as to the United States with respect to the Covered Conduct in the parties' Settlement Agreement, and otherwise without prejudice as to the United States. A proposed order accompanies this Stipulation.

Dated: May 21, 2025

LISA D. KIRKPATRICK
Acting United States Attorney

*s/ Kristen E. Rau*

BY: KRISTEN E. RAU
Assistant U.S. Attorney
Attorney ID No. 0397907
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

                                      Kristen.Rau@usdoj.gov
                                      (612) 759-3180
                                      Attorneys for the United States

Dated: May 21, 2025                    */s/ Seven Shepard*
                                      STEVEN SHEPARD
                                      Susman Godfrey LLP
                                      One Manhattan West, Floor 50
                                      395 Ninth Ave.
                                      New York, NY 10001
                                      212-729-2010
                                      sshepard@susmangodfrey.com
                                      Attorneys for Plaintiff-Relator


Dated: May 21, 2025                    */s/ Craig Carpenito*
                                      CRAIG CARPENITO
                                      King & Spaulding LLP
                                      1185 Avenue of the Americas, 34th floor
                                      New York, NY 10036
                                      212-556-2142
                                      ccarpenito@kslaw.com
                                      Attorneys for Defendant