UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 24-sc-02484 (JWB/DTS)

| | |
|---|---|
| United States of America, *ex rel.* Verity Investigations, LLC (Relator),<br><br>Plaintiffs,<br><br>v.<br><br>Ceres Environmental Services, Inc.,<br><br>Defendant. | **FILED UNDER SEAL** |

## PROPOSED ORDER

Based on the Joint Stipulation of Dismissal [Doc. ##] and on all the files records and proceedings herein, the Court hereby **ORDERS** as follows:

This action is dismissed with prejudice as to all claims of Relator in this action; with prejudice as to the United States as to the Covered Conduct in the parties' Settlement Agreement; and otherwise without prejudice as to the United States.

Dated: _____

JERRY W. BLACKWELL
United States District Court Judge