# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| United States of America, ex rel., Verity Investigations, LLC, ex rel., | **JUDGMENT IN A CIVIL CASE** |
| Plaintiffs, | |
| v. | Case Number: 24-cv-2484 JWB/DTS |
| Ceres Environmental Services, Inc., | |
| Defendant. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

This action is **DISMISSED WITH PREJUDICE** as to all claims of Relator in this action;

**DISMISSED WITH PREJUDICE** as to the United States as to the Covered Conduct in the parties' Settlement Agreement; and otherwise **DISMISSED WITHOUT PREJUDICE** as to the United States.

Date: 7/15/2025               KATE M. FOGARTY, CLERK